# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA



IN RE: MICHAEL MILLER            CASE NO: 05-20096

## ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the amount of **$876.61** payable to **CITIBANK (USA) N.A.** (CitiCorp N.A.) are being held in the Treasury Registry of this Court for the benefit of the Claimant in the above captioned bankruptcy case, and that Claimant has made application for the payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of $876.61 payable to **CITICORP N.A.** at the following address: **C/O Kathleen S. Allen, Recovery & Escheatment Manager, 3800 Citigroup Center, G3-4, Tampa, FL 33610.**

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 20th day of May, 2008.

ROBERT SUMMERHAYS, JUDGE
UNITED STATES BANKRUPTCY COURT

5/20/08
CB
USt
Debtor
Citicorp
Kelly
Cherry
Gill